986 F.2d 1414
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Jeffrey Allen KERSHNER, Plaintiff-Appellant,
v.
Allegany Circuit Court Judge LEASURE; Lawrence V. Kelly,
State's Attorney; Jean Gover, Probation Officer;
Joyce Williams, Court Clerk,
Defendants-Appellees.
 No. 93-6036.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: February 1, 1993
Decided: February 26, 1993
 
 Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, District Judge. (CA-92-3276)
 Jeffery Allen Kershner, Appellant Pro Se.
 D.Md.
 AFFIRMED.
 Before HALL and PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Jeffery Allen Kershner appeals from the district court's order dismissing his civil action without prejudice. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Kershner v. Leasure, No. CA-92-3276 (D. Md. Dec. 3, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED